# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                    **INDICTMENT**

**MATTHEW LEE OSTRANDER**

/                                1:20CR32 AW/GRJ

_____/

**THE GRAND JURY CHARGES:**

## COUNT ONE

On or about September 2, 2020, in the Northern District of Florida, the

defendant,

## MATTHEW LEE OSTRANDER,

did knowingly possess a visual depiction of any kind, including a drawing and

cartoon, that depicts an image that is, or appears to be, of a minor engaging in

sadistic and masochistic abuse, and sexual intercourse including genital-genital,

oral-genital, anal-genital, or oral-anal, whether between persons of the same or

opposite sex; which lacks serious literary, artistic, political, or scientific value; and

was shipped and transported in interstate and foreign commerce by any means,

including by computer, and was produced using materials that have been shipped

and transported in interstate or foreign commerce by any means, including by

computer.

FILED USDC FLND GV
OCT 21 '20 PM2:37

In violation of Title 18, United States Code, Sections 1466A(b)(2) and 1466A(d)(4).

## COUNT TWO

At all times material to this Indictment:

1.     The defendant, **MATTHEW LEE OSTRANDER**, was convicted of Possession of Child Pornography in the United States District Court for the State of Missouri on or about October 18, 2007.

2.     Subsequent to his conviction in the State of Missouri, and after on or about February 28, 2007, the defendant, **MATTHEW LEE OSTRANDER**, traveled in interstate commerce.

3.     The defendant, **MATTHEW LEE OSTRANDER**, was required to register, and keep said registration current, with the States of Florida and Missouri, under the Sex Offender Registration and Notification Act ("SORNA"), Title 42, United States Code, Section 16901, *et seq.*, because the defendant was a sex offender as defined for purposes of the SORNA.

Between on or about March 6, 2020, and on or about September 2, 2020, in the Northern District of Florida and elsewhere, the defendant,

## MATTHEW LEE OSTRANDER,

did knowingly and unlawfully fail to register and update a registration as required by the SORNA.

2

In violation of Title 18, United States Code, Section 2250(a).

## CRIMINAL FORFEITURE

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Section 1467.

From his engagement in the violation charged in Count One of this Indictment, punishable by imprisonment for more than one year, the defendant,

## MATTHEW LEE OSTRANDER,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 1467, all of his interest in:

(A)   Any obscene material produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Sections 1460 through 1470;

(B)   Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

(C)   Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

3

All pursuant to Title 18, United States Code, Section 1467.

A TRUE BILL:

10/24/2020

DATE

LAWRENCE KEEFE
United States Attorney

F.T. WILLIAMS
Assistant United States Attorney