## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 1:20-cr-32-AW-GRJ

MATTHEW LEE OSTRANDER,

    Defendant.

_____/

## VERDICT

We, the Jury, unanimously find the Defendant, Matthew Lee Ostrander, as to

Count One, possessing obscene material depicting a minor engaged in sexual

activity:

_____✓_____ Guilty

_____ Not Guilty

SO SAY WE ALL.

**REDACTED**                        5/12/2022

FOREPERSON                              DATE

Filed in Open Court
_____  5-12-2022
Clerk, U.S. District Court
Northern District of Florida